UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA               CASE NO.: 15-20255-CR-ZLOCH

           Plaintiff,

vs.

ANTONIO ARVELAIZ IDLER          /


### CHANGE OF PLEA MINUTES

Date: August 20, 2015                Judge: William J. Zloch

Court Reporter: Tammy Nestor         Courtroom Clerk: A. Zachariah

Asst. U.S. Attorney: Richard Gregorie, AUSA

Defense Counsel: Peter Sautter, Esq.

Probation: _____ Interpreter: Maria Carmen Fernandez

Defendant: __X__ Present _____ Not Present _____ On Bond __X__ In Custody

On the aforementioned date, Defendant appeared in person before the Honorable William J. Zloch, United States District Judge, and stated in open court that he / she desired to withdraw the previously entered plea of not guilty and to enter a plea of guilty as to Count(s) 1 and 9 of the (Indictment) / Information.

After Defendant was duly sworn, the Court made inquiry as to guilt.

√ The Court, being satisfied that there was a factual basis for guilt, accepted the plea and adjudged Defendant guilty at that time.

_____ The Court did not accept Defendant's plea at that time based upon the following: _____

_____

_____

Whereupon:

_____ The Court immediately proceeded to sentencing. (See J&C)

Page 1 of 2

__✓__ The Court continued the matter until __October 30, 2015 at 11:00 AM__ for __Sentencing__

_____ Defendant was allowed to remain on bond until sentencing.

__✓__ Defendant was remanded to the custody of the United States Marshal Service to await sentencing.

_____ Defendant was remanded to the custody of the United States Marshal Service until a bond in the amount of $_____ is approved and posted.

_____ Other: _____

_____

_____


The Assistant United States Attorney announced that Count(s) _____ would be dismissed on the Government's motion at sentencing.

__✓__ A written Plea Agreement was filed with the Court

_____ No Plea Agreement exists


Miscellaneous:_____

_____

_____

_____